IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDWIN WASHINGTON,

    Petitioner,

v.                                            CASE NO. 5:07-cv-179-RS-AK

JAMES MCDONOUGH,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

By prior order, Petitioner was directed to show cause why the undersigned should not recommend dismissal of this action for failure to obey an order of the Court and for failure to prosecute. Doc. 11. To date, Petitioner has not complied with this order, the second show cause order issued in this case. Consequently, the undersigned has no hesitation in recommending dismissal.

Accordingly, it is respectfully **RECOMMENDED** that this cause be **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to obey an Order of the Court and for failure to prosecute.

**IN CHAMBERS** at Gainesville, Florida, this **26th** day of February, 2008.

                                            *s/ A. KORNBLUM*
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**