IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDWIN WASHINGTON,

       Petitioner,

vs.                                      CASE NO. 5:07cv179/RS-AK

JAMES McDONOUGH,

       Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 12). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. This case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with an order of the court and for failure to prosecute.

3. The clerk is directed to close the file.

**ORDERED** on May 6, 2008.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**